UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RECEIVED BY_____

09 DEC 28 PM 3: 38

CLERK
U.S. BANKRUPTCY CT.
SD OF FLA.
MIA-OFFICE

IN RE:

FINANCIAL FEDERATED TITLE
& TRUST, INC. a/k/a ASSET
SECURITY CORP., a/k/a VIATICAL
ASSET RECOVERY CORP., a/k/a
QUAD-B LTD., and AMERICAN
BENEFITS SERVICES, INC.,

    Debtor.
_____/

CASE NO. 99-26616-BKC-RBR
CHAPTER 11
Substantively Consolidated

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is given that:

(X)    John W. Kozyak, as Plan Administrator pursuant to the confirmed Chapter 11 Plan in this case (the "Plan Administrator"), has a balance of $217,025.69 remaining in his account which represents unpresented checks drawn and mailed to entities/creditors pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13.  The Plan Administrator has made a good faith effort to verify the correct mailing addresses for said entities/creditors and deliver the funds before presenting this notice.  More than sufficient time has passed for these checks to be presented for payment; or

( )    The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

( )    the disbursing agent in a chapter 11 liquidating plan has $ _____ in funds unclaimed 120 calendar days after the final distribution under the plan.  The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

    Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

    Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

LF-26 (rev. 12/01/09)

---

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

**KOZYAK TROPIN & THROCKMORTON, P.A.**
Counsel for John W. Kozyak, Plan Administrator
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Tel:    (305) 372-1800
Fax:   (305) 372-3508
Email: dlr@kttlaw.com

By: _____
David L. Rosendorf
Florida Bar No. 996823

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail upon Heidi Feinman, Senior Attorney, United States Trustee's Office, 51 S.W. First Avenue, Room 1204, Miami, Florida 33130 on this 23rd day of December, 2009.

By: _____
David L. Rosendorf
Florida Bar No. 996823

307182.1/2883-101

LF-26 (rev. 12/01/09)                                         2

# FINANCIAL FEDERATED TITLE & TRUST, INC.
## U. S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 99-26616-BKC-RBR

### SCHEDULE OF UNCLAIMED FUNDS

| Claim Number | Amount | Name | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 11 | $ 116.25 | MORTON, JAY | 10228 Shireoaks Lane | | Boca Raton | FL | 33498- |
| 28 | 289.45 | BAREN, MYRNA REVOCABLE LIVING TRUST | 4665 A. Finchwood Terr. | | Boynton Beach | FL | 33436-4322 |
| 30 | 116.24 | PAUL L. AND BETTY N. WEBER JTROS | 2700 Green Lawn Drive | | Sebring | FL | 33872- |
| 49 | 144.72 | DEVINCENTIS, HAROLD A. | 9152 Whitman Lane | | Port Richey | FL | 34668- |
| 65 | 252.54 | KOVACS, DENES | 118 Parkwood Drive | | Royal Palm Beach | FL | 33411- |
| 75 | 46.49 | PUPELLO, JR., PETE | 8807 Bay Pointe Drive | | Tampa | FL | 33615- |
| 89 | 578.87 | RUSSELL JOSEPH FREY & | BETTIE EMMA FREY AS JTWROS | 3205 Brannon | Waco | TX | 76710-1355 |
| 105 | 144.72 | GEORGE H. &/OR MAGDALENE GDURAN | | 26920 Spanish Gardens Drive | Bonita Springs | FL | 34135- |
| 139 | 646.30 | ESTATE OF CHARLES B. HILL, C/O | CAROLE DONALDSON & C.E.HILL, EX | 109-D LAKES END DRIVE | FT PIERCE | FL | 34982- |
| 144 | 163.71 | ROSALIE LUBIN | THE GRAND COURT #315 | 13240 NORTH TATUM BLVD | PHOENIX | AZ | 85032- |
| 149 | 202.61 | FRANK KRUG | 145 Northampton H | | West Palm Beach | FL | 33417- |
| 172 | 549.94 | DONALD W. OR M. LOUISE HUFMAN | as JTWROS | 20005 North 101 Avenue | Sun City | AZ | 85373- |
| 197 | 1,157.75 | MARY JEANNE WEINGART, REVOCABLE LIV | REV. LIVING TRUST 7/29/88 | 11118 West 114th Terrace | Overland Park | KS | 66210- |
| 200 | 347.32 | JONES, ROBERT L. | 4604 Vernon Street | | Houston | TX | 77020-6454 |
| 218 | 23.24 | ROBERT & JOANNE FOUQUETTE | as JTWROS | 1569 DOUBLOON DRIVE | HOLIDAY | FL | 34690- |
| 220 | 1,340.17 | IVONE, EDWARD | 88 Crooked Tree Lane  Apt 103 | | Vero Beach | FL | 32952- |
| 227 | 1,528.67 | WARREN, WILLIAM H. | 2564 Arboretum Circle | | Sarasota | FL | 34232- |
| 253 | 55.78 | DORIS SCHROF | 8216 102ND COURT | | VERO BEACH | FL | 32967- |
| 261 | 42.09 | CAPLAN, SYLVIA D. | 64 Kingswood D. | | West Palm Beach | FL | 33417- |
| 274 | 578.87 | STONE, GEORGE J. | 2117 N. RAMSEY AVE | | SPRINGFIELD | MO | 65803-4040 |
| 292 | 82.74 | VORSPAN, HARVEY | 8911 South Hollybrook Blvd. Apt. 207 | | Pembroke Pines | FL | 33025- |
| 296 | 173.66 | NOELLA A. BRENNAN FISHER | 86 Anchor Rd. | Halifax, NS B3N 3E1 | Canada | | |
| 305 | 210.46 | RUTH E. SEMBECH TRUST | 8333 SEMINOLE BLVD #514c | | SEMINOLE | FL | 33772- |
| 312 | 1,452.64 | JAMES RAYMOND MORGAN SR. | REVOCABLE TRUST | 12902 Gore Road | Dover | FL | 33527- |
| 314 | 1,025.91 | WHATLEY, LOUISE B. | 2216 Greenbriar Drive | | Oceanside | CA | 92054- |
| 320 | 1,013.03 | DONALD & BEVERLY SQUIRES JTWROS | | 10381 110 Avenue N | Largo | FL | 33773- |
| 330 | 434.15 | JACK F. ZAMBACCA | 4641 HEATHER DRIVE SW, APT 315 | | ROANOKE | VA | 24018-7103 |
| 369 | 46.50 | MARTHA PRICE HODES | 11296 Green Lakes Drive #101 | | Boynton Beach | FL | 33437- |
| 407.4 | 1,123.96 | MERLE S. MCDONELL | REVOCABLE LIVING TRUST | 904 2nd Street, #113 | Hickory | NC | 28601- |
| 450 | 494.49 | FRANK J. AND HATTIE H. KOLASA | 6711 Embassy Blvd | Apt 136 | Port Rickey | FL | 34668- |
| 462 | 1,322.33 | MATHEW & ANNE I. LOUGHLIN, JT. | TTEES UNDER LOUGHLIN LIV. TR. | 26708 Cash Court | Leesburg | FL | 34748- |
| 463 | 289.45 | HOSCHMAN, BETTY R. | 3190 Sugar Mill Lane | | St. Cloud | FL | 34769- |
| 490 | 509.56 | DONALD E. AND IDA C. TRUAX | AS JTWROS | 741 NORTH FORK ROAD | CHEHALIS | WA | 98532- |
| 491 | 205.74 | PAULA L WILKES & MARY L. DAKITS | JTWROS | 19029 US Highway 19 N #9-606 | Clearwater | FL | 33764- |
| 505 | 99.50 | ROBERTSON, FRANK R. | 17008 Grande Terre Bay | | Boynton Beach | FL | 33436- |
| 519 | 148.21 | Tracy and Kelly VanDusen, Co-PRs | c/o Royal Daniel Esq. | 130 Ski Hill RD, #210 | Beckenridge | CO | 80424- |
| 567 | 37.20 | EDWARD OR LAVERNE H. BRANGLE | 915 N. JEFFERSON ST | | FLORISSANT | MO | 63031-4722 |
| 599 | 723.60 | ATCHISON FAMILY TRUST | 9208 E 29 Street | | Tuscon | AZ | 85710- |
| 606 | 109.44 | GERALD HYMAN, IF LIVING, OTHERWISE | M.J.HYMAN & JENNIFER HYMAN EQU | 9153 Cove Point Circle | Boynton Beach | FL | 33467- |
| 608 | 42.09 | RICHARD C.  & ELAINE L. BLAKE | 4501 Palo Verde Dr. | | Boynton Beach | FL | 33436- |
| 617 | 676.04 | IMOGENEBURROW | 3005 SW 66th | | Oklahoma City | OK | 73159- |
| 620 | 289.45 | RICHARD AND ANDREA TAYLOR | JTWROS | 5395 Springbrook Lane | Power Springs | GA | 30127- |
| 644 | 2,026.06 | MANUEL GISPERT | 4423 Suntree Blvd. | | Winter Park | FL | 32817- |
| 654 | 1,817.87 | BERTI M. RICCA ITF PAUL RICCA | 6025 Verde Trail - South, Apt K-108 | | Boca Raton | FL | 33433- |
| 656 | 126.27 | MEURER, RUDOLF | 18 Prinzenburg | ToenisVorst, D-47918 | GERMANY | | |
| 667 | 211.47 | BERNICE CRUTCHER FAMILY TRUST | P.O. Box 187 | | Applegate | CA | 95703- |
| 691 | 1,197.50 | ROBERT LEE & PATRICIA L. DAY | 3879 NE Skyline Drive | | Jensen Beach | FL | 34957- |
| 696 | 1,125.70 | ALFRED & STAMPHIA PIERSCIONEK | AS JTWROS | 7623 Ratcliff Circle 106A | Port Richey | FL | 34668- |
| 735 | 252.55 | LINDA G. NATALE IRREVOCABLE TRUST | Route 1 Box 610 | | Blanchard | OK | 73010- |
| 754 | 322.15 | THERESE R. OR DIANE Y. PLOURDE | 256 Cardinal Lane | | Delray Beach | FL | 33445-1874 |
| 761 | 139.50 | SHINNO FAMILY TRUST UTD 8/21/97 | TRUSTEE: RUTH S. SHINNO | P. O. BOX 87447 | SAN DIEGO | CA | 92138-7447 |
| 770 | 1,447.19 | GEORGE A. SMALL, TTEE | 2285 Israeli Drive Apt #39 | | Clearwater | FL | 33763- |
| 774 | 868.32 | M. FRANCIS SUDDUTH FAMILY TRUST | 9 Compton Drive | | Greenville | SC | 29615-2738 |
| 776 | 108.61 | JAMES AND LUCILLE GIBSON AS | JTWROS | RT. 5 BOX 50-C; 203 GAMBRELL ST | Rusk | TX | 75786- |
| 778 | 2,662.51 | WILLIAM A.  STUMPF | 1033 301 Blvd East | Room 802A | Bradenton | FL | 34203- |
| 784.1 | 144.72 | ALICE AND JAMES J. SHARP | | 814 Timberline DR. | Albright | PA | 18210- |
| 784.2 | 144.72 | JAMES OR ALICE SHARP | | 814 Timberline DR | Albright | PA | 18210- |
| 785 | 116.25 | MARGARET J.COLVIN | 3030 S. 80 St, #129 | | OMAHA | NE | 68124- |
| 808 | 23.25 | RODNEY PFITZER | 2645 Rhine Court | | Madera | CA | 93637- |
| 809 | 23.25 | RODNEY PFITZER | 2645 Rhine Court | | Madera | CA | 93637- |
| 810 | 144.72 | TODD & BECKY PFITZER AS JTWROS | to Ryan Pfitzer | 15010 I. Circle | Omaha | NE | 68137-5130 |
| 815 | 144.72 | JOHN C. OBERST AND MURIEL OBERST | TRUST DATED 9/16/87 | 12512 Coffee Hill Row | Bayonet Point | FL | 34667- |
| 823 | 289.45 | BEULAH B. OVERTON | 367 W. Russell Rd. | Apt. C | Sidney | OH | 45365- |
| 833 | 13.95 | CHRISTINE A.GROSSER | 1105 Oakwater Drive | | Royal Palm Beach | FL | 33411- |
| 842 | 23.25 | ELIZABETH A. BECKER | 208 Stonehouse Lane | | Wyncote | PA | 19095- |
| 869 | 23.25 | TROY S. SIEGEL, IF LIVING,OTHERWISE | BARBARA SIEGEL, MOTHER | 6310 Sand Hills Circle | Lake Worth | FL | 33463- |
| 880 | 1,907.16 | CLIFFORD C. & ATHALIE A.NEWCOMB | JTWROS | 2293 Swedish Drive Apt #17 | Clearwater | FL | 33763- |
| 908 | 1,948.38 | MARJORIE PRIEMER REVOCABLE LIVING | TRUST, | 1240 WINTER GARDE-VINELAND R | WINTER GARDEN | FL | 34787- |
| 914 | 434.15 | AUBREY G. & ROSA E. SCARBROUGH | AS JTWROS | 1029 Breezewick Road | Baltimore | MD | 21286- |
| 930 | 432.46 | DUPUIS, YVONNE L. | 226 Nipissing St | Sturgeon Falls, Ontario POH 2G0 | Canada | | |
| 932 | 1,268.82 | DONALD R. MIDTLING, BENEFICIARY | OF LINDA STONE | 816 WEST WOOD DRIVE, APT 2 | ECKO | NV | 89801- |
| 933 | 168.37 | JOSEPH W. MCDOWELL | AND LINDA SANTILLANEZ, JTWROS | 920 RIVERVIEW DR SE APT 149 | RIO RANCHO | NM | 87124-0303 |
| 944 | 168.37 | ANGELINA V. HAWKES | | 1664 NW 66 Avenue | Margate | FL | 33063- |
| 979 | 215.51 | MCBRIDE LIVING TRUST | DO NOT MAIL LOST IN 2009 | DO NOT MAIL | | | |
| 1001 | 194.90 | EDWARD AND DOROTHY FORMANN | JTWROS | 813 Florence | Castroville | TX | 78009- |
| 1012 | 295.52 | WILLIAM H. OR RUTH M. RANDALL | JTWROS | 304 Buckingham Place | Palm Harbour | FL | 34684-3303 |
| 1014 | 46.50 | FRANKLIN W. AND MARIAN H. NOTH | JTWROS | 7909 Cheviot Road #17 | Cincinnati | OH | 45247- |
| 1023 | 144.72 | CREELY, FRANK MARVIN | 2346 Druid Road East #904 | | Clearwater | FL | 33764- |
| 1032 | 434.15 | HINE, MATTHEW | P.O.Box 17904 | | Denver | CO | 80217- |
| 1065 | 104.79 | EDNA SCHRIER TRUST | c/o Mulock & Thomson PA | 519 13th St W | Bradenton | FL | 34210- |
| 1069 | 126.27 | LOU OR MARY KOZIOL AS JTWROS | 7125 Brous Avenue | | Philadelphia | PA | 19144-1410 |
| 1091 | 883.92 | GEORGE FRANKLIN HUGHES | 315 Parkhurast Lane | | Palm Beach Gardens | FL | 33410- |
| 1116 | 289.45 | LOUIS ROSSI ITF ALICE ROSSI | 571 Rosehampton Cove | | Collerville | TN | 38017- |
| 1133 | 434.15 | SHARON A. LAGE | 67 MONTEE DE CHAMECHAUDE | ST ISMIER 38330 | FRANCE | | |
| 1160 | 578.87 | BETTY M. APPLEGATE | 622 Dresden Avenue | | Louisville | KY | 40218- |
| 1177 | 139.50 | DELIA MCDONOUGH | 1030 COVINGTON ST | | OVIEDO | FL | 32765- |
| 1186 | 723.60 | ALLEN FAMILY REVOCABLETRUST | 12525 NORTH PENNSYLVANIA AVE | APT 209 | OKLAHOMA CITY | OK | 73120- |
| 1193 | 92.60 | NILS I. & GWENDA L. ADLEBERT | JTWROS | 13420 Ridgeland Drive | Seminole | FL | 33776- |
| 1210 | 717.94 | WILLIAM C. RIDINGS AND IRENE BURNS | c/o Barbara Darling, Successor Trustee | 2624 Goneaway Road | Charlotte | NC | 28210- |
| 1221 | 1,119.70 | MARVIN NESSON | 7341 NW 18St. Bldg 33 | #202 | Margate | FL | 33063-6865 |
| 1258 | 578.87 | MAURO REYNA, JR. | P.O.Box 781 | | Lockhart | TX | 78644-0781 |
| 1273 | 723.60 | FRANK R. AND RUTH J. PETERS | Trust UTD 5/13/97 | 9825 44 Way | Pinellas  Park | FL | 33782- |
| 1279 | 147.76 | EMERSON BUCHANAN | 4911 Park St. N | | St. Petersburg | FL | 33709-2227 |

Kapila & Company
Page 1 of 4

C:\NrPortbl\KTT\YCC\308455_1.xls

# FINANCIAL FEDERATED TITLE & TRUST, INC.
## U. S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 99-26616-BKC-RBR

## SCHEDULE OF UNCLAIMED FUNDS

| Claim Number | Amount | Name | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1286 | 144.72 | WALTER AND LUCILLE SLONAKER | Revocable Living Trust dtd 4/23/98 | 1614 E. Baumbauer Road | Wabash | IN | 46992- |
| 1290 | 758.95 | MARY ZOELLER | 25 Shooting Club Road | | Boerne | TX | 78006- |
| 1366 | 2,894.37 | MARIE GELLETT | 3905 Bridgewood Cir | | Murrysville | PA | 15668- |
| 1373 | 4,048.00 | TRIMMER FAMILY TRUST | C/O CATHERINE TRIMMER, TTEE | 55425 SANTA FE TRL, ROOM 121 | YUCCA VALLEY | CA | 92284- |
| 1389 | 916.23 | FEELEY LIVING TRUST | 107 PERKINS ST, APT 7 | | LEESBURG | FL | 34738- |
| 1418 | 107.65 | DAVID GENSHAFT | P. O. BOX 24040 | | MAYFIELD HEIGHTS | OH | 44124- |
| 1422 | 46.50 | MARION DREBERT | 130 SW DEWEY COURT | | FORT WHITE | FL | 32308-4264 |
| 1433 | 578.87 | JAMES R. AND GERALDINE CANADY | JTWROS | 5241 Orange Blossom Lane North | St. Petersburg | FL | 33714- |
| 1473 | 139.50 | IVAN L. & GERTRUDE V. BRADT RLT | c/o Ronald L. Brandt, Esq. | 44 Washington St | Wellesley Hills | MA | 02481- |
| 1475 | 830.61 | BARBUSH FAMILY TRUST ITF | ARLENE BARBUSH | 9322 S. AUSTIN AVE | Oak Lawn | IL | 60453- |
| 1587 | 521.09 | MICHAEL J.MOSACK | 3040 Cambridge B | | Deerfield Beach | FL | 33442- |
| 1592 | 1,447.19 | CHARLES H. & MARJORIE R. WEBB | 1403 SE AIRPORT RD | | ARCADIA | FL | 34266- |
| 1616 | 293.21 | MAXINE A. MILLER & ANDREA | ORTIZ JTWROS | 4215 E BAY DRIVE, APT 1701A | CLEARWATER | FL | 33764- |
| 1618 | 1,736.63 | WILLIAM E. OR BONNIE P. MARSHALL | 10602 W. CLAIR DRIVE | | SUN CITY | AZ | 85351- |
| 1629 | 861.18 | AUDREY ALLENDER POD JAMES G. | ALLENDER (50%) & STEVE ALLENDE | 1106 Marbrook Ct. | Houston | TX | 77077- |
| 1632 | 81.37 | MELINDA FELT | 1715 Millhaven Cove Court | | Lawrenceville | GA | 30043- |
| 1664 | 203.54 | LEON SILVER ITF MARGARET SILVER | 1225 NW 21ST ST, APT 306 | | STUART | FL | 34994- |
| 1667 | 1,352.06 | ANGELO F. COPELLO | 7100 ULMERTON ROAD | LOT 2091 | LARGO | FL | 33771- |
| 1670 | 104.78 | MARTIN CHERRY | c/o James R Cunningham | 1309 E. ROBINSON ST. | ORLANDO | FL | 32801- |
| 1683 | 42.09 | CHARLES S. & ELIZABETH J | FREDERICK FAMILY TRUST | 1106 N. ABREGO DRIVE | GREENVALLEY | AZ | 85614- |
| 1700 | 46.50 | LOIS L BISHOP | 1328 Town Circle | P. O. Box 724 | Baytown | TX | 77522- |
| 1701 | 144.72 | TUSCANY PARTNERS, LTD. | 111 Soledad Street | Suite 1100 | San Antonio | TX | 78205- |
| 1724 | 5,857.71 | ANN CRACOLICI TTEE OF ANN | CRACOLICI TRUST UTD 7/18/96 | 311-C Colony Lane | Ft. Pierce | FL | 34982- |
| 1736 | 463.11 | WILLIAM W. GILLIS | 7732 Government Street | BURNABY BC | V5A 2C8 - CANADA | | |
| 1757 | 1,736.63 | THOMAS W. & RUTH E. GYSIN | FAMILY TRUST | 6300 Montgomery Blvd., NE Apt.441 | Albuquerque | MN | 87109- |
| 1778 | 670.09 | LUCILLE I. BRYANT AND | SHEILA J FINCH JTWROS | 12405 3 Street East #106 | Treasure Island | FL | 33706- |
| 1810 | 5,197.63 | SALVATORE LAPI, IF LIVING, OTHER- | WISE EDITH LAPI, SPOUSE | 10 Meadows Blvd | Jensen Beach | FL | 34957- |
| 1834 | 46.50 | MARCUS OR JORENE TURNER, JTWROS | 151 Bishop Lane | | Fitzgerald | GA | 31750- |
| 1838 | 868.32 | ROBERT W. RONALD UTD 9/19/95 | DECEASED - DO NOT MAIL -- SEND F | COURT | | | |
| 1849 | 289.45 | SYLVIA HENERY TTEE UA DTD 1/20/82 | 45 Doran Court | | Chula Vista | CA | 91910- |
| 1850 | 144.72 | ROBERT T. HARTNETT | 10885 S.E. Federal Lot #94 | | Hobe Sound | FL | 33455- |
| 1881 | 640.36 | EUGENE S.REYNOLDS | 708 Irwin Lane | | Jupiter | FL | 33458- |
| 1898 | 232.49 | CHARLES W. VAN FOSSON | | 7138 Oak Valley Drive | Colorado Springs | CO | 80919-3409 |
| 1913 | 1,630.57 | PASQUALE A. & JULIE ANN SILVA | NO NOT MAIL WRONG PERSON | DO NOT MAIL | | | |
| 1918.1 | 509.54 | IRVING L. ROSEN (ROSEN FAM TRUST) | I.L. ROSEN & LORRAINE L. ROSEN, T | 250 W. SEASIDE WAY, UNIT 3313 | LONG BEACH CA | CA | 90802-7911 |
| 1918.2 | 723.60 | IRVING L. ROSEN (ROSEN FAM TRUST) | I.L. ROSEN & LORRAINE L. ROSEN, T | 250 W. SEASIDE WAY, UNIT 3313 | LONG BEACH | CA | 90802-7911 |
| 1919 | 557.97 | MARIE R. BONVENTRE | 4803 Gaslight Avenue | | Holiday | FL | 34690- |
| 1944 | 434.15 | BRUCE KOEHLER | 7430 E. Chaparel | #136 A | Scottsdale | AZ | 85251- |
| 1950 | 289.45 | BOBBIE R. SHAFFER, | POD KATHRYN MUNDWILER | P. O. BOX 1686 | ONALASKA | TX | 77360- |
| 1952 | 434.15 | DORIS B. HEMENWAY | 1053 Alden Road | | Memphis | TN | 38116- |
| 1953 | 434.15 | DORIS B.HEMENWAY | 1053 Alden Road | | Memphis | TN | 38116- |
| 1978 | 116.25 | HAROLD S. & PATRICIA CHIMBOLE | P. O. BOX 1742 | | ROSAMOND | CA | 93560-1742 |
| 1984 | 144.72 | GEORGIA OLETA WILLIAMSON | 1750 Eureka Avenue | Apt 10 | Roseville | CA | 95661- |
| 2002 | 210.46 | Bryant Hare, Beneficiary of | Pauline Williams Trust | 1251 Wilcrest Dr. #217 | Houston | TX | 77042- |
| 2007 | 168.37 | BONNIE B. LANDA OR | CHERYL D. PAPPION | 2905 CESSNA WAY | West Palm Beach | FL | 33414-7116 |
| 2038.1 | 455.86 | DEAN EBERLY | | 2900 Green Briar Blvd. | Wellington | FL | 33414- |
| 2074.1 | 2,315.50 | VACLAV VOKAL | | | | | |
| 2074.2 | 289.45 | VACLAV VOKAL | | | | | |
| 2083 | 431.57 | GERALD HOLBROOK ITF STEVEN | HOLBROOK & NEILE E HOLBROOK | 1569 Longbow Dr | Lakeland | FL | 33810-3020 |
| 2090 | 58.92 | BEVERLY R QUENEMOEN | P.O. Box 411 | | Wells | NV | 89335- |
| 2124 | 23.25 | LILA PRESTBOS SMITH | 6518 Rugers | | Houston | TX | 77005- |
| 2126 | 704.97 | ROBERT D.& NE NESTELLE WARDES TT | FOR ROBT D & NESTELLE WARD TS | 3033 PEARLAND PARKWAY #516 | PEARLAND | TX | 77581- |
| 2152 | 23.25 | BRIAN RICHARD & MELINDA JONES | CARROLL AS JTWROS | 1330 East Flower Avenue | Mesa | AZ | 85204- |
| 2162 | 42.09 | CLAIRE CARRIER | 3877 ST. ZOTIQUISE EST. | #AP03 | MONTREAL  CANADA | | |
| 2184 | 723.06 | VIRGINIA MCDONALD REV. LIVING | Trust | 302 Revere Road | Clarksville | TN | 37043- |
| 2185 | 84.19 | JAMES P. MCDONALD TRUST | 302 Revere Road | | Clarksville | TN | 37043- |
| 2206 | 1,238.26 | ALBERT F. MITCHELL OR | CHARLES D MCKENZIE | 6725 Lovett | Dallas | TX | 75227- |
| 2219 | 289.45 | JAGDISH & SUCHETA RAO | 13829 Folkstone Circle | | Wellington | FL | 33414- |
| 2262 | 1,447.19 | JEANETTE M. SILBERSCHLAG | | 1350 Forestglen Drive | Lewisville | TX | 75067- |
| 2268.1 | 54.67 | KEVIN JACOBSON, HEIR OF | Lillian Jacobson | 16120 Northglen Drive | Tampa | FL | 33618- |
| 2306 | 173.66 | WILLIAM F. CODY, SR. | 4371 A. Willow Pond Rd. | | West Palm Beach | FL | 33417- |
| 2313 | 142.07 | MARIE OR ANTHONY SCRAGG | 4733 NW 7 Court | #314 | Boynton Beach | FL | 33426- |
| 2326 | 1,019.11 | KAUFMAN, WENDELL H. ITF DOROTHY | MOORE, SISTER | 15355 Nottingham Drive | Winter Park | FL | 32792- |
| 2333.1 | 132.50 | SIEGEL, BARBARA | 1815 Primrose Lane | | Wellington | FL | 33414- |
| 2338 | 289.45 | BENNETT FAMILY TRUST | POB 70215 | | Beaufort | SC | 29902- |
| 2340 | 868.32 | LEIFER, ELLEN | 12561 Shoreside Lane | | Wellington | FL | 33414- |
| 2377 | 1,162.28 | ALEXANDER & HELEN A. HLEBOF | Revocable Living Trust | 1621 S. Hermitage Road | Fort Myers | FL | 33919- |
| 2403 | 91.00 | WACHOVIA BANK, TTEE FOR CARILION | HEALTH SYS 403B  FBO THOS ADAM | 1525 WEST WT HARRIS BLVD | CHARLOTTE | NC | 28288-8522 |
| 2415 | 46.24 | AUSTIN, I. WAYNE (IRA) | 1741 INDIAN WOODS DR | | GREENSBORO | GA | 30642- |
| 2419 | 258.19 | EDWARD C HARRISON IRA | 1314 INDIAN CREEK | | DESOTO | TX | 75115- |
| 2420 | 245.40 | HARRISON, TERESA J. | IRA CLOSEOUT | 1592 LEE ST E | CHARLESTON | NV | 25311- |
| 2424 | 250.42 | HASSELL, NINFA S. | IRA CLOSEOUT | 13901 LEOPARD APT 509 | CORPUS CHRISTI | TX | 78410- |
| 2428 | 248.70 | HAWKES, GREGORY P. | IRA CLOSEOUT | 232 BRAZILIAN CIRCLE | PORT ST LUCIE | FL | 34952- |
| 2441 | 184.82 | HUNTINGTON BANK FBO JACK | Kuebler a/c 24110198875 | 6102 US Hwy 301N | Ellenton | FL | 34222- |
| 2465 | 218.86 | KNIGHT, JANE A. | IRA CLOSEOUT | 4123 WILLOW GREEN | SAN ANTONIO | TX | 78217- |
| 2507 | 35.43 | TAMARA H.JACOBSON (IRA) | 2110 CHAGALL CIRCLE | | WEST PALM BEACH | FL | 33409- |
| 2508 | 116.21 | JACOBSON, KEVIN M. | SURVIVING SPOUSE - IRA | 16120 NORTH GLENN DRIVE | TAMPA | FL | 33618- |
| 2528 | 424.60 | H&R BLOCKFIN ADVS. FBO | BOBBY D MCCLACHERTY B5902856J | 4230 W. Green Oaks Blvd | Arlington | TX | 76016-4493 |
| 2535 | 211.23 | MAYNE, JOSEPH C. | IRA CLOSEOUT | 7950 20TH AVE | KENOSHA | WI | 53143- |
| 2559 | 157.96 | CRUISE, JIMMIE F. (IRA) | 460 WEST 36TH STREET | | BOCA RATON | FL | 33486- |
| 2561 | 714.05 | MACDILL FED CREDIT UNION FBO | JAMES CRAVER IRA #522621-25 | P. O. BOX 19100 | TAMPA | FL | 33686-9100 |
| 2566 | 63.57 | COLVIN, MARGARET J. | IRA CLOSEOUT | 3030 S. 80th St., #129 | OMAHA | NE | 68124- |
| 2582 | 270.00 | RAYMOND JAMES & ASSOC FBO | LAWRENCE CARRINGTON IRA | 2739 US HGY 19 #100 | HOLIDAY | FL | 34691- |
| 2591 | 114.71 | Toni Butiste | | 567 South Oak Road | South Bend | IN | 46616- |
| 2592 | 42.36 | Alan Busch (IRA closeout) | | 9840 Frank Dr. West | Seminole | FL | 33776- |
| 2595 | 471.21 | ESTATE OF LAWRENCE D.BULLOCK | (DECEASED /IRA) | 4204 SOUTH HARVEY | OKLAHOMA CITY | OK | 73109- |
| 2612 | 590.27 | COMMERCIAL FEDERAL BANK FBO | RICHARD C NASH A/C 3021958977 | 9111 W BOWLES AVE | Littleton | CO | 80123- |
| 2616 | 301.90 | WACHOVIA FBO EDITH OWEN | ACCT 03-222-009-1360252 | 5010 Norwaldo AVE | indianapolis | IN | 46220- |
| 2620 | 384.09 | XEROX FED CREDIT UNION FBO | MARJORIE PAWLEY ACCT 293080 | 800 PHILLIPS RD, BLD 304-12C | WEBSTER | NY | 14580- |
| 2628 | 1,727.95 | PRIEMER, MARJORIE | IRA CLOSEOUT | 1240 WINTER GDN VINELAND RD F | WINTER GARDEN | FL | 34787- |
| 2634 | 636.16 | PINNEY, CARL A. | IRA CLOSEOUT | 651 FIRESTONE ST NE | PALM BAY | FL | 32907- |
| 2637 | 43.98 | PHILLIPS, CHRISTOPHER | IRA CLOSEOUT | 14101 COLLECTING CANAL ROAD | LOXAHATCHEE | FL | 33470- |
| 2642 | 11,472.45 | RAYMOND JAMES FBO | THEODORE PACE A/C 55234435 | 8486 TAMIAMI TRAIL | SARASOTA | FL | 34238- |

# FINANCIAL FEDERATED TITLE & TRUST, INC.
## U. S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 99-26616-BKC-RBR

### SCHEDULE OF UNCLAIMED FUNDS

| Claim Number | Amount | Name | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 2643 | 14.05 | DEBBIE MEDLIN | IRA CLOSEOUT | 56 D TOWNSEND ST #27 | ABINGTON | MA | 02351- |
| 2653 | 8.75 | TD WATERHOUSE INV FBO CHARLENE | Muccio | 1915 Wood Fern DR | Boynton Beach | FL | 33436- |
| 2654 | 8.75 | TD WATERHOUSE INV SVC FBO | VIRGIL MUCCIO | 1915 Wood Fern DR | Boynton Beach | FL | 33436- |
| 2666 | 906.47 | AARP INVESTMENT /SCUDDER | FBO NANCY L NEWSOME A/C 00055( | P. O. Box 219735 | Kansas City | MO | 64121-9735 |
| 2667 | 106.66 | CHARLOTTE NASH IRA (DECEASED) | NO CUSTODIAN KNOWN. SHE IS DE( | UNCLAIME FUNDS | | | |
| 2687 | 269.66 | BERTRAND, CARRIE E. | IRA CLOSEOUT | RT 1, BOX 610 | BLANCHARD | OK | 73010- |
| 2689 | 121.72 | BIGAM, SANDRA A. | IRA CLOSEOUT | 4 DANFORTH ROAD #21 | NASHUA | NH | 30605- |
| 2716 | 853.09 | PACIFIC LIFE FBO EMILY M | GRUNWALD A/C VR03014594 | 320 S FLAMINGO RD #349 | PEMBROKE PINES | FL | 33027- |
| 2727 | 152.59 | FLORESTINE GOLDEN, SURVIVING | SPOUSE IRA CLOSEOUT | 181 NW 38 AVE | FORT LAUDERDALE | FL | 33311- |
| 2728 | 44.38 | GOLDEN, FORESTINE | IRA CLOSEOUT | 181 NW 38 AVENUE | FORT LAUDERDALE | FL | 33311- |
| 2729 | 114.71 | FIDELITY MGMT TRUST CO FBO | JOHN GLORIEUX A/C T215333284 | C/O NAT'L FIN, LIBERTY ST, 55TH F | NEW YORK | NY | 10281- |
| 2731 | 784.43 | GIBSON, JOAN P. | IRA CLOSEOUT | 4698 E CR 462 | WILDWOOD | FL | 34785- |
| 2754 | 831.96 | FORD, BILL K. | IRA CLOSEOUT | 4821 ROCK CREEK LANE | PLANO | TX | 75024- |
| 2763 | 1,206.50 | BANK OF AMERICA C/O R&I | DEP. FBO MARIA S VIDALE-EYLES | P.O.Box 1230 | Oakland | CA | 94604- |
| 2768 | 40.46 | ELLIS, SHERYL | IRA CLOSEOUT | 5949 STATE ROAD 138 | WEST UNION | OH | 45693- |
| 2775 | 6,271.47 | BEN ANGIE EATON, BENEFICIARY | OF GENEVIEVE EATON IRA | 1233 DUTCH #3 | DEER PARK | TX | 77536- |
| 2783 | 496.92 | HAROLD C DIXSON, R/OR0026168 | JOEL M BUCCY, CLA USA INC | 2595 DALLAS PKWY #300 | FRISCO | TX | 75034- |
| 2785 | 169.37 | DIKOVICS, RICHARD LEONARD IRA | DO NOT MAIL DO NOT MAIL | DIED IN 2005 | UNCLAIMED FUNDS | | |
| 2797 | 97.60 | AG Edwards and Sons | FBO Mary Winston Acct.506-013342 | 500 N. Westshore Blvd., #750 | TAMPA | FL | 33609- |
| 2798 | 256.15 | AG Edwards and Sons | FBO David Winston ACT 506-013341 | 500 N. Westshore Blvd | Tampa | FL | 33609- |
| 2810 | 123.24 | WELSH, RUTH Z. | IRA CLOSEOUT | 202 2ND AVE | MELBOURNE BEACH | FL | 32951- |
| 2819 | 111.44 | VANTU, RONALD A. (IRA) | PMB (F226792) | 3590 ROUNDBOTTOM RD | CINCINNATI | OH | 45244- |
| 2828 | 395.67 | VIRGINIA TRENT | (CORROL TRENT IRA) | 309 3RD AVE N #2 | LAKE WORTH | FL | 33460-3426 |
| 2845 | 114.71 | DIANE SWEET, SURVIVING SPOUSE | FRANK J. SWEET IRA CLOSEOUT | 8611 NW 57TH COURT | TAMARAC | FL | 33321- |
| 2852 | 256.39 | STONE, GEORGE J. (IRA CLOSEOUT) | 2126 WATKINS RD, SE | | PALM BAY | FL | 32909- |
| 2858 | 24.26 | STEWART, SAMUEL L. | IRA CLOSEOUT | 855 WISCONSIN AVE | PALM HARBOUR | FL | 34683- |
| 2890 | 122.55 | SALIBA, JOSEPH R. | IRA CLOSEOUT | 16280 JASMINE ST | VICTORVILLE | GA | 92395- |
| 2891 | 636.43 | SAK, TEREZINHA | IRA CLOSEOUT | 6452 OTIS ROAD | NORTHPORT | FL | 34287- |
| 2919 | 1,102.63 | REED, THOMAS M. | IRA CLOSEOUT | P. O. BOX 663 | DUNDEE | FL | 33838- |
| 2923 | 7.85 | SUCHETA RAO (IRA) | 1133 ROYAL PALM BEACH BLVD | | ROYAL PALM BEACH | FL | 33411- |
| 2931 | 144.72 | IANNICELLI, REBECCA K. | 11701 Butlers Branch Road | | Clinton | MD | 20735- |
| 2932 | 492.04 | IANNICELLI, STEVEN P. | 11701 Butlers Branch Road | | Clinton | MD | 20735- |
| 2936 | 868.32 | BOBROW, DAVID | 1887 Stewart Circle #6 | | Boca Raton | FL | 33498- |
| 2952 | 2,170.79 | EITEL, PHYLLIS H. AND WINSTON K. EI | 3141 N. McMullen Booth Road | Apt 316 | Clearwater | FL | 33761- |
| 2953 | 3,340.64 | BAUER, SARAH H. | DO NOT MAIL DO NOT MAIL | VERIFIED ATXP DECEASED | UNCLAIMED FUNDS | | |
| 2954 | 378.82 | KUFFEL, MALEVA M. | 3141 N MCMULLEN BOOTH RD | APT 221 | Clearwater | FL | 33759- |
| 2963 | 0.77 | WASTE MANAGEMENT | 3831 N. W. 21st Avenue | | Pompano Beach | FL | 33073- |
| 2984 | 4,717.28 | BAILEY FAMILY REVOCABLE LIVING TRUS | 1535 East Ridgeview Drive | | Cottonwood | AZ | 86326- |
| 3001 | 92.99 | JOAN SISTO | | 708 Clubwood Court | Winter Springs | FL | 32078- |
| 3004 | 289.45 | RUSSELL E. ROBINSON (DECEASED) | DO NOT MAIL CHECKS | | | FL | 32159-2351 |
| 3006 | 67.35 | BRACONE, MONICA | 415 Pisgah Church RD | | GREENSBORO | NC | 27455- |
| 3009 | 84.19 | DOWD, LAWRENCE | 22 Greenlawn Street | | Springfield | MA | 01119- |
| 3012 | 1,447.19 | MCCAUSLAND, LARRY JOE AND SHARON R. | McCausland as JTWROS | 3601 Wilderness Drive East | Fort Pierce | FL | 39482- |
| 3021 | 1,185.64 | B. ERNEST GRIFFIN ITF GARY E. | THOS F. GRIFFIN & MARY GRIFFIN-H | 2309 FIDDLERS LANE | Atlantic Beach | FL | 32233- |
| 3024 | 231.55 | HARMON, PATRICK OR NANCY J. HARMON | 785 Oliver Ellsworth Street | | Orange Park | FL | 32073- |
| 3089 | 699.81 | HEINY, ROBERT A. | 651 FIRESTONE ST NE | | PALM BAY | FL | 32907- |
| 3092 | 232.49 | JONES, JEFFREY S. | c/o J C DeBoard & Co LPA | 5878 N High Street | Worthington | OH | 43085- |
| 3096 | 420.92 | GEBHART, RALPH | 633 MT OLIVE RD | P O BOX 844 | Worthington | OH | 43160- |
| 3098 | 464.97 | ZELTER, PATRICIA | 11844 160 ROAD NORTH | | JUPITER | FL | 33478- |
| 3104 | 464.97 | MARTIN, SAMUEL P. | c/o J C DeBoard & Co LPA | 5878 N High Street | Worthington | OH | 43085- |
| 3117 | 289.45 | RE, STACY A | 4461 NW 20 Avenue | | Ft Lauderdale | FL | 33309- |
| 3128 | 418.48 | KELLER, HELEN A. ITF FEBECCA SUE | Kozloski, daughter | 2170 Pine Terrace | St. Cloud | FL | 34771- |
| 3131 | 1,881.34 | MORRIS LIVING TRUST | c/o Mary Jo Morris | POB 211164 | Dallas | TX | 75211- |
| 3173 | 289.45 | COX, BARBARA | 6205 RIVERSIDE LANDINGS WAY | | NAVARRE | FL | 32566- |
| 3186 | 2,371.71 | DANCY, ARLIC C. | 5685 Shady Grove Road | | Memphis | TN | 38120- |
| 3195 | 723.60 | ANDERSON, LONNIE F. | 9105 Sandidge Road | | Olive Branch | MS | 38854- |
| 3196 | 84.19 | CLARK, BARBARA, IRIS T. DENHAM & YVONN | Rochefort JTWROS | 5959 Poplar AV, RM#306 | Memphis | TN | 38119- |
| 3208 | 23.25 | STEWART/PROVINCE, IRENE C LIVING TRUS | 91-004 PARISH DRIVE | | EWA BEACH | HI | 96706-2514 |
| 3226 | 144.72 | NOBLE, ROBERT W. AND ROSANNE NOBLE | JTWROS | 11528 E. Rutledge Ave | Mesa | AZ | 85212- |
| 3242 | 3,543.18 | March, Dosson or Delores | 17429 Marsh Road | | Lutz | FL | 33549- |
| 3251 | 426.05 | SCHMUTZ, FRANK | 4573 Palm Ridge Blvd | | Delray Beach | FL | 33445- |
| 3284 | 289.45 | CALHOUN, KATHY | 13481 La Miranda | | West Palm Beach | FL | 34414- |
| 3298 | 1,027.02 | SCHULZ, RUSSELL | 757 SE Lighthouse Avenue | | Port St. Lucie | FL | 34983- |
| 3308 | 274.31 | ALICE KREMER, EXECUTRIX OF ESTATE | Of Delphine Maslow | 409 US #1, APT 110-C | Mobile | AL | 36693- |
| 3313 | 289.45 | DILIP & NAINA PATEL | 7005 Albacete Lane | | Round Rock | TX | 78681- |
| 3328 | 434.15 | ALLEN, CYNTHIA | 8104 NW 100 Terrace | | Tamarac | FL | 33324- |
| 3330 | 1,447.19 | THURLEY E MARGESON, C/O MARSHA CLEM | COURT APPOINTED GUARDIAN | 1500 COLONIAL TERRACE | ARLINGTON | VA | 22209- |
| 3332 | 46.50 | O'DONNELL, CLIFFORD R. PROFIT SHARING | 5558 SW ANHINGA AVE | | PALM CITY | FL | 34990- |
| 3376 | 1,185.85 | HAVELKA, JOHN P. LIVING TRUST | 16900 Levington Blvd | | Sugarland | TX | 77479-2374 |
| 3396 | 705.76 | HC. REYNOLDS | 2002 W. 4th Street | | Fordyce | AR | 71742- |
| 3401 | 800.32 | THEODORE A. PARSELL OR | SUE E. PARSELL JTWROS | 1297 Eden Isle Drive NE | St. Petersburg | FL | 33704- |
| 3405 | 434.15 | ALLEN TRUST UTD 6/19/92 | HENRY J. & DOROTHY ALLEN TEES | 275 Drew Street #226 | Clearwater | FL | 33775- |
| 3408 | 144.72 | RAYMOND A. AND INGRID V. STEWART | Revocable Living Trust | 1255 W Main St., Apt. 206 | Whitewater | WI | 53190-1679 |
| 3427 | 2,751.69 | RUTH E. RENNER TRUST | c/o Ruth E. Green, Trustee | 6687 Lakeland Court | Jupiter | FL | 33458- |
| 3449 | 144.72 | RALPH ROBERTS & | CONNIE ROBERTS, JTWROS | 719 W. Granger Street | Arcadia | FL | 34266- |
| 3459 | 405.21 | GEORGE A. STONE, JR. OR | ELIZABETH STONE, JTWROS | 10 N ALLISON AVE | GREENFIELD | MO | 65661-1040 |
| 3468 | 23.25 | ANN CHAMP AND | DAVID CHAMP, JTWROS | 4115 Karl Road, Apt. 307 | Columbus | OH | 43224- |
| 3469 | 144.72 | JOSEPH P. BENZ | 1969 Prairie Dunes Circle N. | | Lakeland | FL | 33810- |
| 3477 | 434.15 | RICHARD A. RIFFLE AND | DIANA L. RIFFLE, JTWROS | 5232 Crestview Cir | Elmira | MI | 49730- |
| 3484.1 | 1,447.19 | BOERBOOM, HAROLD & PATRICIA BOERBOC | 15319 County Rd #29 | | Villard | MN | 56385- |
| 3484.2 | 1,447.19 | BOERBOOM, HAROLD & PATRICIA BOERBOC | 15319 County Blvd | | Villard | MN | 56385- |
| 3519 | 825.50 | MARTHA A. MEIER | REVOCABLE LIVING TRUST | 16020 Chastain Road | Odessa | FL | 33556- |
| 3521 | 711.51 | CHRISTIAN CHURCH OF LIFE'S RENEWAL | do not mail | do not mail | | | |
| 3536 | 46.50 | JESSE E. STIMMEL & NANCY G. PHILLIPS & | GARY STIMMEL, SON | 7289 Lee Road | Westerville | OH | 43081- |
| 3540 | 126.27 | JOHN F. WERNE AND | CATHERINE S. WERNE, JTWROS | 6744 QUAIL HOLLOW COURT | MEMPHIS | TN | 38120-4555 |
| 3568 | 1,165.71 | GEORGE EDELMAN | 6269 Red Cedar Circle | | Greenacres | FL | 33463- |
| 3593 | 2,315.50 | TRIMMER FAMILY TRUST | c/o Catherine Trimmer, Trustee | 55425 Santa Fe Trl Rm 121 | Yucca Valley | CA | 92284- |
| 3598 | 144.72 | SUSAN L. OR ELDON P. HALLBLADE | JTWROS | 2608 Sack Drive | Jacksonville | FL | 32216- |
| 3609 | 723.60 | DONALD & IRENE CULLEN, JTWROS | 18052 Evening Star | | Brooksville | FL | 34604- |
| 3618 | 593.49 | LAWRENCE R. ITF PATRICIA D. MCMULLEN | P.O. Box 776 | | Beeville | TX | 78104-0776 |
| 3635 | 811.24 | ROBERTS, GLENDA L. OR LAWRENCE G. | Roberts as JTWROS | 10634 First Street North | St. Petersburg | FL | 33716- |
| 3642 | 173.66 | URBANO, EDWARD D. & NELIA T. URBANO | 3813 Country Trails Lane | | Bonita | CA | 91902- |
| 3647 | 723.60 | PHYLLIS SY TRUST, PAUL B. CHU, TRUSTEE | Franciscan Oaks | 19 Pocono Road, Apt. 281 | Donville | NJ | 07834-2953 |

## FINANCIAL FEDERATED TITLE & TRUST, INC.
## U. S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 99-26616-BKC-RBR

### SCHEDULE OF UNCLAIMED FUNDS

| Claim Number | Amount | Name | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 3655 | 168.37 | SHELDON, RICHARD | 3524 Golfside Dr. | | Hudsonville | MI | 49426- |
| 3656 | 4,932.60 | WILLIAMS, JEAN R. AND LARRY W. HARDIE | as JTWROS | 211 N. Citrus Ave #272 | Escondido | CA | 92027- |
| 3673 | 144.72 | BEST, ALBERT F. | 5870 Mission Blvd | | Riverside | CA | 92509- |
| 3682 | 210.90 | NYBERG, ELDON N. & ALICE M., NYBERG | JTWROS | 9148 Grosse Point Blvd. | Tampa | FL | 33635- |
| 3688 | 723.60 | GLENN, NONA D. REVOCABLE LIVING TRUST | DTD 6/16/99 | 18203 N. 5th Place | Phoenix | AZ | 85022- |
| 3702 | 1,742.70 | ANNE W. DOWNING, ITF JULIE INNIS AND | J MARK DOWNING | 199 West Commons Dr | St. Simons Island | GA | 31522- |
| 3709 | 723.60 | LOFQUIST, PAUL AND LAVAWN LOFQUIST | JTWROS | 5812 Sieata Lane | Port Richey | FL | 34668- |
| 3725 | 32.83 | WILLIAM & JOANNE PIETRANGELO, JTWROS | 140 Orchid Wood Court | #17-D | Deltona | FL | 32725- |
| 3737 | 1,859.90 | ZARAGOZA, LTD. | Attn: Ray Battaglia | 711 Navarro Suite 600 | San Antonio | TX | 78205- |
| 3749 | 578.87 | SCHROCK, RALPH H. & SHIRLEY J. SCHROCK | JTWROS | 1852 Park Place | New Braunfels | TX | 78130- |
| 3765 | 607.82 | LYMAN, KARL AND CARRIE LYMAN, JTWROS | 10109 Chesney Drive | | Spotsylvania | VA | 22553- |
| 3840 | 210.46 | HIRSCHBERG, JUNE A. | 4213 Castlewood Drive | | Holiday | FL | 34691- |
| 3844 | 289.45 | MORRIS, BASIL AND JEAN MORRIS AS JTWR | 1934 Cordero Court | | Lady Lake | FL | 32159- |
| 3845 | 46.50 | HART, H. DOUGLAS & JANE M. HART, JTWRC | RR 1, Box 1538 | | Hop Bottom | PA | 18824- |
| 3852 | 23.25 | HOUDE, FERNAND & MILDRED HOUDE AS JT | 45606 Cedar Street | | Paisley | FL | 32767- |
| 3854 | 1,209.85 | DONITHAN, HELEN L. CROPP | 1059 Windmill Grove Cir | | Orlando | FL | 32828- |
| 3855 | 116.25 | CHARVAT, THELMA R. | 943 Pawstand Road | | Celebration | FL | 34747- |
| 3864 | 378.82 | MUELLER, BEATRICE | 2003 120th St | | College Point | NY | 11356- |
| 3894 | 1,157.75 | ROFFINO, PEGGY D. | 5307 Golfside Dr. | | Frisco | TX | 75035-8295 |
| 3903 | 144.72 | REYNOLDS, H. COLLINS AND JANIE S. | Reynolds as JTWROS | 54 Dallas 170 | Fordyce | AR | 71742- |
| 3923 | 2,677.73 | CHAMBERS, MARGARET S. OR TRAVIS W. | Chambers | 7515 Santa Fe | Houston | TX | 77061- |
| 3926 | 23.25 | WALSH, MICHAEL F. & CHERYL L. WALSH | JTWROS | 165 2nd Street West | Tierra Verde | FL | 33715- |
| 3927 | 289.45 | PATEL, NAINA & MONICA PATEL JTWROS | 7005 Albacete Lane | | Round Rock | TX | 78681- |
| 3943 | 551.17 | PIPITONE, JOSEPH AND MARGUARITE PIPIT | 211 S. Ocean drive | Apt 505 | Hollywood | FL | 33019- |
| 3944 | 557.12 | PIPITONE, MAMIE | 211 S. Ocean drive | Apt 505 | Hollywood | FL | 33019- |
| 3950 | 578.87 | CLARK, BETTY JO ANN | 400 S. Florida Avenue | Apt. 712 | Lakeland | FL | 33801- |
| 3952 | 289.45 | SANCHEZ, LEOCADIO AND ITALIA SANCHEZ | JTWROS | 2056 Highriggs Lane | Snellville | GA | 30078-2409 |
| 3961 | 434.15 | FOSTER, SUE LIVING TRUST - SUE FOST | TTEE | 2560 Fox Point Road | Quinlan | TX | 75474- |
| 3997 | 23.25 | ANDERSON, BUNYAN W. | 607 Crestview Drive | | Bennettsville | SC | 29512-2503 |
| 4027 | 1,770.03 | WESBROOKS, CHARLES W. OR MILDRED S. | Wesbrooks as JTWROS | P.O. Box 128 | Hamlin | TX | 79520- |
| 4035 | 509.54 | VAUGHN, LIVING TRUST, LEE B. VAUGHN | TTEE u/a/d 6/21/97 | 7528 Deaver Drive | North Richland Hills | TX | 76180-6276 |
| 4042 | 126.27 | WERNE, JOHN | 6744 QUAIL HOLLOW COURT | | MEMPHIS | TN | 38120- |
| 4048 | 46.50 | CHAPMAN, EDWARD AND RUTH CHAPMAN | 1891 SE 24th Blvd. | | Okeechobee | FL | 34974- |
| 4072 | 1,375.84 | TELL FAMILY TRUST | 1100 South Belcher Road | Lot 189 | Largo | FL | 33771- |
| 4075 | 92.99 | GORKA, JOHN J. & CATHERINE M. GORKA | 4550 Willow Cove Blvd. | Apt. J-1 | Allen Park | MI | 48101- |
| 4077 | 434.15 | CASSIDY, FLORENCE C. | 3913 Rust Hill | | Fairfax | VA | 22030- |
| 4087 | 84.19 | JOHN F.WERNE | 6744 Quail Hollow Ct. | | MEMPHIS | TN | 38120- |
| 4096 | 289.45 | HAMEL, JOSEPH O., JR. OR WINNIFRED | Hamel | 3102 S. Juniper Avenue | Broken Arrow | OK | 74012- |
| 4097 | 144.72 | GALLO, GEORGIA R. | 415 N. Martin Circle | | Barefoot Bay | FL | 32976- |
| 4103 | 289.45 | ERICKSON, EARL FBO ESTATE OF MARCE | H. Erickson (deceased) | 13518 Mallard Crossing Street | Orlando | Fl | 32837- |
| 4113 | 289.45 | EGGLESTON, YORK, JR. AND BESSIE C. | Eggleston as JTWROS | 4101 Colborne Road | Baltimore | MD | 21229- |
| 4118 | 144.72 | BADGER, DONALD E. OR ESTELLA H. BA | 216 Valencia Road | | Debary | FL | 32713- |
| 4119 | 711.70 | SKALL, IRENE Y. | c/o Robert Rusu, Esq POA | 55 North Broad Street | Canfield | OH | 44406- |
| 4128 | 289.45 | WILLIAMS, LORRAINE D. | 43051 15Street West | Apt. 200 | Lancaster | CA | 93534- |
| 4131 | 144.72 | MARTIN, RICHARD D. | 8085 Omaha Circle | | Spring Hill | FL | 34606- |
| 4142 | 868.32 | FRANCISCO, WALTER M. OR ELMA S. FRA | Francisco | 12211 106th Street N. | Largo | FL | 33773- |
| 4146.1 | 289.45 | FARINA, YVONNE R. | 1734 Shoreview Drive W. | | Jacksonville | FL | 32218- |
| 4146.2 | 434.15 | FARINA, YVONNE R. | 1734 Shoreview Drive W. | | Jacksonville | FL | 32218- |
| 4159 | 144.72 | WILLIAMS, ROLLAND G. | 43051 15 Street West | Apt. 200 | Lancaster | CA | 93534- |
| 4186 | 404.72 | FLAUGHER, JESSE H. | 277 Cusick Ave | | Brookville | OH | 45309- |
| 4188 | 723.60 | DAVIS, RALPH E. | 718 S. W. Abraham Avenue | | Port St Lucie | FL | 34953- |
| 4192 | 139.50 | COURTNEY, DANIEL A.AND JO ANN COUR | 5331 Inlet Way | | Fort Pierce | FL | 34949-8433 |
| 4238.1 | 81.86 | HURLBURT, JANE O. | Hurlburt, Jane O. | 102 Brentwood Dr. | Warner Robins | GA | 31088-2009 |
| 4238.2 | 46.50 | HURLBURT, JANE O. | 102 Brentwood Dr | | Warner Robins | GA | 31088-2009 |
| 4245 | 723.60 | SMALL, BARBARA - REVOCABLE TRUST | 2285 Israeli Drive | Apt. 39 | Clearwater | FL | 33763- |
| 4252 | 509.56 | SCHEID, ROLAND A. AND DONNA F. SCHE | 10960 North 67th Avenue | Space 39 | Glendle | AZ | 85304- |
| 4257 | 289.45 | CARLSEN, LILLIAN E. | P.O.Box 598 | | Banner Elk | NC | 29604- |
| 4258 | 84.19 | WEINGART, STEPHEN AND/OR MARY WEING | 11501 W. 132 Street | | Overland Park | KS | 66213- |
| 10JF | 723.60 | BRIDGLAL & PEARL SAMLAL | 14898 82nd Street N | | Loxahatchee | FL | 33470- |
| 24JF | 144.72 | ROBERT & MARGARET DAVIS | c/o Mark A. Spence, Esq. | 6400 Madison Street | New Port Richey | FL | 34652- |
| MOTIONMI | 1,123.59 | MITCHELL, JOHN | 6700 South Harvey Avenue | | Oklahoma City | OK | 73139- |
| | $ 217,025.69 | | | | | | |

C:\NrPortbl\KTT\YCC\308455_1.xls

Kapila & Company
Page 4 of 4