UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:

FINANCIAL FEDERATED TITLE
& TRUST, INC. a/k/a ASSET
SECURITY CORP., a/k/a VIATICAL
ASSET RECOVERY CORP., a/k/a
QUAD-B LTD., and AMERICAN
BENEFITS SERVICES, INC.,

    Debtor.
_____/

CASE NO. 99-26616-BKC-RBR
CHAPTER 11
Substantively Consolidated

### AMENDED AFFIDAVIT OF DISBURSEMENTS
(Corrects Disbursements Reported in Trustee's Quarterly
Reports for First and Second Quarters 2009 [D.E. 2342, Tab Nos. 5 & 6])

STATE OF FLORIDA    )
    ) SS.
COUNTY OF MIAMI-DADE)

BEFORE ME, the undersigned authority, personally appeared David L. Rosendorf, who, after first being duly sworn, deposes and says:

1.    I am a member of the law firm of Kozyak Tropin & Throckmorton, P.A., attorneys for John W. Kozyak, as Plan Administrator for Financial Federated Title & Trust, Inc., and make this affidavit of personal knowledge.

2.    The following is a summary of disbursements for this case for the first and second quarters of 2009:

**First Quarter of 2009**

| Month | Disbursements |
|---|---|
| January 2009 | $12,866.29 |
| February 2009 | $31,258.12 |
| March 2009 | $ 2,208.02 |
| TOTAL: | $46,332.43 |

Case No: 99-26616-BKC-RBR

**Second Quarter of 2009**

| Month | Disbursements |
|---|---|
| April 2009 | $2,206.10 |
| May 2009 | $2,079.12 |
| June 2009 | $3,427.04 |
| TOTAL: | $7,712.26 |

3.  The disbursement fee of $975.00 due to the U.S. Trustee for the first and second quarters of 2009 have been already paid.

FURTHER AFFIANT SAYETH NOT.

_____
David L. Rosendorf

The foregoing instrument was acknowledged before me this 2nd day of February 2010 by DAVID L. ROSENDORF, who is personally known to me and who/did not take an oath.

_____
Notary Public, State of Florida At Large

Print Name: Yamile C. Paz
Commission No.

My Commission Expires:



Yamile C. Paz
Commission # DD526265
Expires April 21, 2010
Bonded Troy Fain - Insurance, Inc. 800-385-7019

2883/101/309442.1

2