UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:

FINANCIAL FEDERATED TITLE
& TRUST, INC. a/k/a ASSET
SECURITY CORP., a/k/a VIATICAL
ASSET RECOVERY CORP., a/k/a
QUAD-B LTD., and AMERICAN
BENEFITS SERVICES, INC.,

CASE NO. 99-26616-BKC-RBR
CHAPTER 11
Substantively Consolidated

Debtor.
_____/


# BCC 284436

**NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK**

Notice is given that:

(X)   John W. Kozyak, as Plan Administrator pursuant to the confirmed Chapter 11 Plan in this case (the "Plan Administrator"), has a balance of $36,569.54 remaining from the two class action settlement distributions[1], which represents unpresented checks drawn and mailed to entities/creditors pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13. The Plan Administrator has made a good faith effort to verify the correct mailing addresses for said entities/creditors and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )   The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

( )   the disbursing agent in a chapter 11 liquidating plan has $_____ in funds unclaimed 120 calendar days after the final distribution under the plan. The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of

---

[1] *Herbert P. Scharlow et al. vs. Pensco Pension Services, Inc., et al.*, Case No. 01-8364-CIV-HURLEY and *Post-Confirmation Creditors' Committee of Financial Federated Title & Trust, Inc., et al. v. Union Bank of Florida*, Case No. 02-60882-CIV-HURLEY, both filed in the United States District Court for the Southern District of Florida.

LF-26 (rev. 12/01/09)

---

the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

> **KOZYAK TROPIN & THROCKMORTON, P.A.**
> Counsel for John W. Kozyak, Plan Administrator
> 2525 Ponce de Leon, 9th Floor
> Coral Gables, Florida 33134
> Tel: (305) 372-1800
> Fax: (305) 372-3508
> Email: dlr@kttlaw.com

By: _____
David L. Rosendorf
Florida Bar No. 996823

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail upon Heidi Feinman, Senior Attorney, United States Trustee's Office, 51 S.W. First Avenue, Room 1204, Miami, Florida 33130 on this 25 day of February, 2010.

By: _____
David L. Rosendorf
Florida Bar No. 996823

308774.1/2883-101

LF-26 (rev. 12/01/09)      2

# List of Claimants

*Herbert P. Scharlow et al. vs. Pensco Pension Services, Inc., et al.*

## Case No. 01-8364-CIV-HURLEY

HERBERT P. SHARLOW, VIRGINIA H. SCHARLOW, WILLIAM MITCHELL, JAMES TRACTON AND JOHN W. KOZYAK, AS Plan Administrator of FINANCIAL FEDERATED TITLE & RUST, INC., and AMERICAN BENEFITS SERVICES, INC., et al, Plaintiffs

V.

JEFFREY A. PAINE, ESQ., and JEFFREY PAINE, P.A., Defendant

UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

(West Palm Beach Division)

CASE NO: 01-08364-CIV-HURLEY/LYNCH

## SCHEDULE OF UNCLAIMED FUNDS

| Claim Number | Amount | Name | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 146 | $ 967.50 | Karl W. Banks, Jr. | 3225 Citrus Court | | Titusville | FL | 32780- |
| 150 | 967.50 | Vera Banks and and/or Karl W. Banks, Jr. JTWROS | 3225 Citrus Court | | Titusville | FL | 32780- |
| 188 | 364.73 | Bauer, Sarah H. | 118 6th Avenue | Apt. 106 | St. Peterburg | FL | 33701- |
| 594 | 51.79 | Robert Oliver & Lucille B. Cole | 2510 Semmes Avenue | | Richmond | VA | 23225- |
| 714 | 122.03 | Thomas Cunningham Revocable Trust 3/31/99 | 5 Ward Drive | | Brick | NJ | 08723- |
| 3600 | 82.86 | Zoeller, Mary | 25 Shooting Club Road | | Boerne | TX | 78006- |
| 3603 | 51.79 | Sandra C. Zukowski | 699 Meldrum Street | | Safety Harbor | FL | 34695- |
| 3713 | 122.67 | Mitchell, John | 6700 South Harvey Avenue | | Oklahoma City | OK | 73139- |
| | $ 2,730.87 | | | | | | |

Page 1 of 1

# List of Claimants

## *Post-Confirmation Creditors' Committee of Financial Federated Title & Trust, Inc., et al. v. Union Bank of Florida*

## Case No. 02-60882-CIV-HURLEY

**POST-CONFIRMATION CREDITORS' COMMITTEE OF FINANCIAL FEDERATED TITLE & TRUST, INC., a/k/a ASSET SECURITY CORP., a/k/a VIATICAL ASSET RECOVERY CORP., a/k/a QUAD-B-LTD., a/k/a AMERICAN BENEFITS SERVICES, INC., et al, Plaintiffs**
**v.**
**UNION BANK OF FLORIDA, Defendant**
**UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 02-60882-CIV-HURLEY/LYNCH**

## SCHEDULE OF UNCLAIMED FUNDS

| Claim Number | Amount | Name | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 127 | $ 511.99 | Bailey, Merwin, R. | 902 22nd Avenue North | | St. Petersburg | FL | 33704- |
| 146 | 568.00 | Karl W. Banks, Jr. and Vera Banks, JTWROS | | 3225 Citrus Court | Titusville | FL | 32780- |
| 150 | 568.00 | Vera Banks and and/or Karl W. Banks, Jr. JTWROS | | 3225 Citrus Court | Titusville | FL | 32780- |
| 159 | 227.20 | Baren, Myrna Revocable Living Trust | 4665 A. Finchwood Terr. | | Boynton Beach | FL | 33436-4322 |
| 184 | 560.49 | Nat'l Fin'l Svcs, a/c no. FR1-559970 FBO Kathryn C. Basham | Attn: Clifton Whittaker | 128 North 2nd St. | Clarksville | TN | 37040- |
| 188 | 1,600.09 | Bauer, Sarah H. | 118 6th Avenue | Apt. 106 | St. Peterburg | FL | 33701- |
| 364 | 799.96 | Brown, Gene L. in trust for Beulah G. Brown | | 17865 S.E. 107 Terrace | Summerfield | FL | 34491- |
| 375 | 84.20 | Central Carolina Bank | FBO David C. Bruce (IRA) | 3720 Boilingsprings Road | Boilingsprings | SC | 29316- |
| 392 | 448.64 | The Estate of LAwrence D. Bullock, IRA closeout | 4204 South Harvey | | Oklahoma City | OK | 73109- |
| 394U | 382.61 | Lyde Bundy (IRA Closeout) | 12259 Bohanno Blvd | | Orlando | FL | 32824- |
| 540 | 341.61 | Christian Church of Life's Renewal | 2839 Rockingham Circle | | Orlando | FL | 32808- |
| 581 | 136.32 | Cody, William F., Sr. | 4371 A. Willow Pond Rd. | | West Palm Beach | FL | 33417- |
| 731 | 1,135.99 | Dancy, Arlic C. | 5685 Shady Grove Road | | Memphis | TN | 38120- |
| 819 | 130.62 | Richard Leonard Dikovics (IRA closeout) | 9032 Estate Rattan | Christiansted | St. Croix - US Virgin Islands | VI | 00820-5524 |
| 881 | 4,836.55 | Ben Angie Eaton, Beneficiary of Genevieve Eaton | (IRA closeout) | 1233 Dutch #3 | Deer Park | TX | 77536- |
| 911 | 1,703.99 | Eitel, Phyllis H. and Winston K. Eitel | as JTWROS | 3141 N. McMullen Booth Road; Apt 316 | Clearwater | FL | 33761- |
| 1029 | 792.11 | Bill K. Ford, IRA Closeout (new) | | 4821 Rock Creek Lane | Plano | TX | 75024- |
| 1067 | 454.39 | Frey, Russell Joseph and Bettie Emma Frey as JTWROS | | 3205 Brannon | Waco | TX | 76710-1355 |
| 1189 | 261.28 | Gonderman, Shirley | P. O. Box 132 | | Wakarusa | IN | 46573- |
| 1351 | 221.25 | Edward C. Harrison (IRA closeout) | 1314 Indian Creek | | Desoto | TX | 75115- |
| 1361 | 227.20 | Hartman, Howard and Norma Hartman | 6709 Medinah Court | | Bradenton | FL | 34202- |
| 1371 | 215.15 | Ninfa S. Hassell (IRA closeout) | 13901 Leopard, Apt 509 | | Corpus Christi | TX | 78410- |
| 1379 | 568.00 | Havelka, John P. Living Trust | 16900 Levington Blvd | | Sugarland | TX | 77479-2374 |
| 1566 | 99.58 | Jacobson, Kevin (IRA closeout) | 16120 North Glen Drive | | Tampa | FL | 33818- |
| 1612 | 272.64 | Jones, Robert L. | 4604 Vernon Street | | Houston | TX | 77020-6454 |
| 1648 | 567.99 | Keffer, Hazel | 2365 Pine Knoll Dr. #4 | | Walnut Creek | CA | 94596- |
| 1724 | 219.70 | Kober, Joyce (IRA closeout) | 335 Forest Trail West | | Vero Beach | FL | 32962- |
| 1726 | 340.80 | Koehler, Bruce | 7430 E Chaparel #136 A | | Scottsdale | AZ | 85251- |

POST-CONFIRMATION CREDITORS' COMMITTEE OF FINANCIAL FEDERATED TITLE & TRUST, INC., a/k/a ASSET SECURITY CORP., a/k/a VIATICAL ASSET RECOVERY CORP., a/k/a QUAD-B-LTD., a/k/a AMERICAN BENEFITS SERVICES, INC., et al,
Plaintiffs
V.
UNION BANK OF FLORIDA, Defendant
UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA
CASE NO: 02-60882-CIV-HURLEY/LYNCH

## SCHEDULE OF UNCLAIMED FUNDS

| Claim Number | Amount | Name | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1761 | 159.04 | Krug, Frank | 145 Northampton H | | West Palm Beach | FL | 33417- |
| 1837 | 113.60 | Lechner, Gordon and Mary Ellen Lechner | 6306 Tall Cypress Circle | | Lake Worth | FL | 33463- |
| 2139 | 454.39 | Mendoza, Carmen & Margaret Mendoza | JTWROS | 11503 A Harry Hines Blvd | Dallas | TX | 75229- |
| 2162 | 995.97 | Midtling, Donald R. Designated | Beneficiary of Linda Stone | 816 West Wood Dr; Apt 2 | Ecko | NV | 89801- |
| 2164 | 183.26 | Nationwide Advisory Services, Inc. | FBO Miriam Mikesell IRA SSN: 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 | PO BOX 1492 | Columbus | OH | 43216-1492 |
| 2231 | 1,476.78 | Morris Living Trust | c/o Mary Jo Morris | POB 211164 | Dallas | TX | 75211- |
| 2313 | 113.60 | Noble, Robert W. and Rosanne Noble as | JTWROS | 11528 E. Rutledge Ave | Mesa | AZ | 85212- |
| 2431 | 227.20 | Pearl, Gary | 6000 Pinetree Drive | | Ft. Pierce | FL | 34982- |
| 2443 | 944.61 | Penington, Jay L. Living Trust U/A/A | 3/25/98, Jay L. Penington, TTEE | 205 N. 74 Street; #257 | Mesa | AZ | 85207- |
| 2499 | 567.99 | Pierscionek, Alfred and Stamphia | Pierscionek as JTWROS | 7623 Ratcliff Circle 106A | Port Richey | FL | 34668- |
| 2506 | 432.65 | Pipitone, Joseph and Marguarite | Pipitone, JTWROS | 211 S. Ocean drive; Apt 505 | Hollywood | FL | 33019- |
| 2507 | 437.31 | Pipitone, Mamie | 211 S. Ocean drive | Apt 505 | Hollywood | FL | 33019- |
| 2587 | 227.20 | Rao, Jagdish & Sucheta Rao | 13829 Folkstone Circle | | Wellington | FL | 33414- |
| 2611 | 944.82 | Reed, Thomas M. (IRA closeout) | P.O. Box 663 | | Dundee | FL | 33838- |
| 2679 | 113.60 | Roberts, Ralph & Connie Roberts, JTWROS | 719 W. Granger Street | | Arcadia | FL | 34266- |
| 2687 | 227.20 | Robinson, Russell E. Revocable Living | Trust | 838 Silver Oak Av | Lady Lake | FL | 32159-2351 |
| 2726 | 567.99 | Rosen Family Trust UTD 12/13/83, Irving | L. Rosen and Lorraine L. Rosen, TTEES | 250 W. Seaside Way Unit 3313 | Long Beach | CA | 90802- |
| 2727 | 399.98 | Rosen Family Trust UTD 12/13/83, Irving | L. Rosen and Lorraine L. Rosen, TTEES | 250 W. Seaside Way Unit 3313 | Long Beach | CA | 90802-7911 |
| 2756 | 227.20 | Rubin, Jordan S. ITF Phyllis M. Rubin | 15419 69th Drive North | | Palm Beach Gardens | FL | 33418- |
| 2804 | 227.20 | Sanchez, Leocadio and Italia Sanchez | JTWRS | 2056 Highriggs Lane | Snellville | GA | 30078-2409 |
| 2810 | 191.80 | Salomon Smith Barney, FBO June Rothman | A/c 525/63002/109282 | 1500 Corporate Center Way ; Suite104 | Wellington | FL | 33414- |
| 2817 | 340.80 | Scarbrough, Aubrey G. and Rosa E. | Scarbrough as JTWROS | 1917 Breezewick Road | Baltimore | MD | 21286- |
| 2827 | 636.79 | Schevis, Margaret J. | 6530 NE 21 Terrace | | Ft. Lauderdale | FL | 33308- |
| 2837 | 204.07 | Schmutz, Frank | 4573 Palm Ridge Blvd | | Delray Beach | FL | 33445- |
| 2859 | 203.57 | Schultz Family Trust, Marjorie Schultz | Trustee | 19604 King Fisher Lane | Loxahatchee | FL | 33470- |
| 2867 | 530.66 | Schwartz, Dr. Rubin WROS to Janet | Schwartz, Spouse | 4002 N. San Andros | West Palm Beach | FL | 33411- |
| 2953 | 908.79 | Simmons, Inis Clara Beth Withers | 511 S. Nolan River Road | | Cleburne | TX | 76031- |
| 3047 | 795.19 | Squires, Donald and Beverly Squiares as | JTWROS | 10381 110 Avenue N | Largo | FL | 33773- |

Page 2 of 3

**POST-CONFIRMATION CREDITORS' COMMITTEE OF FINANCIAL FEDERATED TITLE & TRUST, INC., a/k/a ASSET SECURITY CORP., a/k/a VIATICAL ASSET RECOVERY CORP., a/k/a QUAD-B-LTD., a/k/a AMERICAN BENEFITS SERVICES, INC., et al, Plaintiffs**
**V.**
**UNION BANK OF FLORIDA, Defendant**
**UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 02-60882-CIV-HURLEY/LYNCH**

## SCHEDULE OF UNCLAIMED FUNDS

| Claim Number | Amount | Name | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 3094 | 318.08 | Stone, George A., Jr. or Elizabeth | Stone as JTWROS | 10 N. Allison Avenue | Greenfield | MO | 65661-1040 |
| 3095 | 454.39 | Stone, George J. | 2117 N. Ramsey Ave | | Springfield | MO | 65803-4040 |
| 3222 | 454.39 | Tolbert, Clifford B. and Mary E. Clifford Living Trust | c/o Marilyn Scharber, daughter | 5364 NW 45 Street | Oklahoma City | OK | 73122- |
| 3245 | 279.52 | Virginia Trent (Benef. of Carol Trent IRA) | | 309 3rd Ave No., #2 | Lake Worth | FL | 33460- |
| 3348 | 78.38 | Vorspan, Harvey | 8911 South Hollybrook Blvd. Apt. 207 | | Pembroke Pines | FL | 33025- |
| 3600 | 363.52 | Zoeller, Mary | 25 Shooting Club Road | | Boerne | TX | 78006- |
| 3642 | 165.81 | Mayne, Joseph (IRA Closeout) | 7950 20th Avenue | | Kenosha | WI | 53143- |
| 3707 | 56.80 | Jacobson, Kevin, heir of | Lillian Jacobson | 16120 Northglen Drive | Tampa | FL | 33618- |
| 3713 | 538.17 | Mitchell, John | 6700 South Harvey Avenue | | Oklahoma City | OK | 73139- |
| | $ 33,838.67 | | | | | | |