ORDERED in the Southern District of Florida on 03/30/10



Raymond B. Ray Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 99-26616-BKC-RBR

FINANCIAL FEDERATED                                 Involuntary Chapter 11 Case
TITLE AND TRUST, INC.,

   Debtor.
_____/

### ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE UNSEALED

THIS MATTER came before the Court upon the Order Granting Motion to Authorize Professionals for the Trustee to file Detailed Time Records Under Seal (the "Order") [D.E. 424]. The Court has reviewed the Order and the case file. The Court has been advised that the above-styled case is ready to be closed, and the court files are now ready to be archived. However, in order to archive same, the documents that were filed under seal pursuant to the Order must be unsealed or returned to the parties. The Court proposes to unseal the said documents in order to archive the court file. It is therefore

**ORDERED** that, if any party in interest does not file a written pleading within fifteen (15) days of the date of this order objecting to the Court's proposed action, the Court shall unseal the said documents in order to close the case and archive the court file.

###

Copies furnished to all interested parties by Clerk of Court.

Case 99-26616-RBR    Doc 2448    Filed 03/30/10    Page 2 of 2